BK 16924  PGS 888 - 889
INSTR # 2014046683
RECEIVED YORK SS

11/17/2014 02:43:12 PM
DEBRA ANDERSON
REGISTER OF DEEDS

This space for Recorder's use

| Recording Requested By:<br>**Bank of America**<br>Prepared By:<br>**Diana De Avila**<br>**800-444-4302**<br>**1800 Tapo Canyon Road**<br>**Simi Valley, CA 93063** | When recorded mail to:<br>**CoreLogic**<br>**Mail Stop: ASGN**<br>**1 CoreLogic Drive**<br>**Westlake, TX 76262-9823** |
|---|---|

Property Address:
**7 Harding STREET**
**Sanford, ME 04073-2004**
Property Location:
**Township of Sanford**

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063** does hereby grant, sell, assign, transfer and convey unto **CARRINGTON MORTGAGE SERVICES, LLC** whose address is **1610 E. ANDREW PL. SUITE B150, SANTA ANA, CA 92705** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Beneficiary: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORP., ITS SUCCESSORS AND ASSIGNS**
Borrower(s): **JOSHUA K. VERONEAU**
Date of Mortgage: **12/4/2008**
Original Loan Amount: **$116,000.00**

Recorded in **York County**, ME on: **12/8/2008**, book **15530**, page **272** and instrument number **2008054169**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on **NOV 0 5 2014**

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP

By: _____

Mercedes Judilla,
Assistant Vice President

**EXHIBIT E**

State of **California**
County of **Ventura**

On **NOV 0 5 2014** before me, **Trisha Jackson**, Notary Public, personally appeared **Mercedes Judilla**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

Notary Public: _Trisha Jackson_　(Seal)
My Commission Expires: Exp. 5/19/2018

TRISHA JACKSON
COMM. # 2068914
NOTARY PUBLIC - CALIFORNIA
VENTURA COUNTY
My Comm. Expires May 19, 2018